UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOE ED STACKHOUSE,

        Plaintiff,              Case No.  1:07cv1085

v.                              Hon. Robert J. Jonker

M.E. McDONALD, et al.,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on December 18, 2007.  The time permitted for objections to the Report and Recommendation has elapsed, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).  Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 18, 2007, is **APPROVED AND ADOPTED** as the opinion of the court.

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim.

**IT IS ORDERED** that dismissal of this action counts as a strike for purposes of 28 U.S.C. § 1915(g) and that this Court finds a no good-faith basis for appeal within the meaning of 18 U.S.C. § 1915(a)(3).


                                                   /s/Robert J. Jonker
                                                   Robert J. Jonker
                                           United States District Judge

Dated:  January 7, 2008